# IN THE SUPREME COURT OF THE STATE OF NEVADA

NATHAN DELMCCLOUD FANCHER,
Appellant,

vs.

THE STATE OF NEVADA,
Respondent.

No. 74868

FILED

FEB 2 6 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a proper person appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Tierra Danielle Jones, Judge.

This court's preliminary review of this appeal reveals a jurisdictional defect. Specifically, the district court entered the judgment of conviction on October 6, 2017. Appellant did not file the notice of appeal, however, until January 8, 2018, well after the expiration of the thirty-day appeal period prescribed by NRAP 4(b). "[A]n untimely notice of appeal fails to vest jurisdiction in this court." *Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994). Accordingly, we conclude that we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Pickering , J.
Pickering

_____ J.
Gibbons

_____ , J.
Hardesty

SUPREME COURT
OF
NEVADA

(O) 1947A

18-07386

cc: Hon. Tierra Danielle Jones, District Judge
Nathan Delmccloud Fancher
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk